AO 241 (Rev. 09/17)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

8:24 CV 116

2024 **PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

OFFICE OF THE CLERK

| United States District Court | District: |
| --- | --- |

| Name (under which you were convicted): Richard A. Griswold | Docket or Case No.: CR07-154 |
| --- | --- |
| Place of Confinement : Tecumseh Correctional Facility P.O. Box 900, Tecumseh, NE 68450 | Prisoner No.: 68171 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
| --- | --- |
| v. | |
| Richard A. Griswold | Jim Pillen |
| The Attorney General of the State of: Michael T. Hilgers #24483 | |

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Gage County District Court, 612 Grant, Rm 303, Beatrice, NE 68310
Nebraska Supreme Court, 2413 State Capitol, P.O. Box 98910, Lincoln, NE 68509

(b) Criminal docket or case number (if you know): CR07-154 / S-23-000688

2.   (a) Date of the judgment of conviction (if you know):

(b) Date of sentencing: July 28, 2008

3.   Length of sentence: Life + 50 years

4.   In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case: (1) Murder in First degree

Cant (2) Use of Weapon to commit a felony

6.   (a) What was your plea? (Check one)

☑ (1)    Not guilty        ☐ (3)    Nolo contendere (no contest)

☐ (2)    Guilty             ☐ (4)    Insanity plea

RECEIVED
APR - 1 2024
CLERK
U.S. DISTRICT COURT

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *Plead Not guilty to both cants*

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *Nebraska Supreme Court*

(b) Docket or case number (if you know):

(c) Result: *Affirmed lower Court*

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised: *- Excesive Sentence on (Direct Appeal)*
*- District Court errored in denying postconviction motion to Vacate Void Judgment without proper euidentiary hearing (Post Appeal)*

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: Gage County District Court

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: Post Conviction

(5) Grounds raised: ineffective Asstance of Counsel for allowing Court to proceed without Compatency hearing after Ordered evaluation.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Procedual bar / time bar.

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): _____

   (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

           _____

           _____

           _____

           _____

           _____

           _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❏ Yes    ❏ No

        (7) Result: _____

        (8) Date of result (if you know): _____

   (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

           _____

           _____

           _____

           _____

           _____

           _____

           _____

           _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ☑ Yes      ☐ No

(2) Second petition:    ☑ Yes      ☐ No

(3) Third petition:     ☑ Yes      ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Gage County lost jurisdiction because Competency hearing was not done, after ordered evaluation, prior to Sentence and Conviction 14th Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judge Paul W. Korslund granted leave for Defendant to be evaluated for Competency. This was done by Mario J. Scalora on or around December 14, 2007. In his evaluation he stated, "Therefore, it is the opinion of the undersigned that Mr. Griswold is not competent to stand trial at this time." (post Exhbt #1) Judge Paul W. Korslund proceeded to trial without any hearing violateing my 14th Amendment right of due process

(b) If you did not exhaust your state remedies on Ground One, explain why:    Exhausted

_____

_____

_____

_____

_____

_____

Page 6 of 16

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☒ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post conviction

Name and location of the court where the motion or petition was filed: Gage County District Court, 612 Grant, Room 303, Beatrice, NE 68310

Docket or case number (if you know): _____

Date of the court's decision: August 9, 2023

Result (attach a copy of the court's opinion or order, if available): Not available

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☒ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☒ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Nebraska Court of Appeals, 2413 State Capitol, P.O. Box 98910, Lincoln, NE 68509

Docket or case number (if you know): S-23-000 688

Date of the court's decision: January 24, 2024

Result (attach a copy of the court's opinion or order, if available): Not available

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _None_

**GROUND TWO:** _None_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ☐ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**        None _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:**    None

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐  Yes      ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes      ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?              ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

   (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

          having jurisdiction?    ☑ Yes       ☐  No

          If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

          presenting them:

   (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

          ground or grounds have not been presented, and state your reasons for not presenting them:

          All grounds presented to highest Court

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

       that you challenge in this petition?    ☐   Yes     ☑ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

       raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

       of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

       the judgment you are challenging?    ☐   Yes     ☑ No

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

       raised.

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   _Not Known_

(b) At arraignment and plea:   _Not Known_

(c) At trial:   _Not Known_

(d) At sentencing:   _Not Known_

(e) On appeal:   _Not Known_

(f) In any post-conviction proceeding:   _No attorney appointed_

(g) On appeal from any ruling against you in a post-conviction proceeding:   _No Attorney appointed_

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Claim was never determined in any postconviction proceeding. refiled this claim based on "void judgment" that can be brought in any proceeding at any time. Nebraska law allows me to bring a collateral attack on a void judgment at any time in any proceeding. These case law presendence were ignored by the_

AO 241 (Rev. 09/17)

State Court's of Nebraska. Any lapse of time will not be a bar to my motion to vacate void judgment. Thus my petition of habeas corpus pursuant to 28 U.S.C. § 2244(d) should not be a bar.

I believe I fall under the exeption of Justice so requires rather than the rule.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

     (A)      the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

     (B)      the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

     (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

     (D)      the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _To find the Petitioner's sentence and Conviction are void due to a 14th Amendment violation of due process by forcing an incompetent person to stand trial._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _March 9, 2024_ (month, date, year).

Executed (signed) on _March 9, 2024_ (date).

_Richard A Griswold_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____

Richard A Griswold #68171
Po. Box 900
Tecumseh NE 68450-0900

 

quadient
CORRECTION
IMI
$000.07 ℠
03/28/2024 ZIP 68450
043M31236629

US POSTAGE

Legal - Mail

NOTICE! THIS CORRESPONDENCE
WAS MAILED BY AN INMATE CONFINED
IN AN INSTITUTION OPERATED BY
THE NEBRASKA DEPARTMENT OF
CORRECTIONAL SERVICES. ITS CONTENTS
ARE UNCENSORED.

U.S. District Court Clerk

Roman L. Hruska U.S. Courthouse

111 S 18th Plz # 1152

Omaha, NE 68102

RECEIVED

APR -1 2024

CLERK
U.S. DISTRICT COURT

Legal

Mailed on 3-9-24

Legal - Mail

LeqaL - MaiL