**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

**Gabriela Acosta**
**Chief Deputy Clerk**

April 1, 2024

Kara Martin, Inmate Accounting
Nebraska Department of Correctional Services
Central Office Accounting
PO Box 94661
Lincoln, NE 68508

Notice Re:   Inmate Trust Account Information

Richard A. Griswold 68171, a prisoner proceeding pro se has filed a Petition and a request to proceed in forma pauperis in CASE NO. 8:24cv116. Under 28 U.S.C. § 1915, the court must receive a certified copy of certain information regarding the prisoner's institutional trust account for the past six months or for such lesser period as the prisoner has been incarcerated. At this time, no such information has been received.

Therefore, you are requested to provide a certified statement of the **greater** of:

1. The **average deposits** to the prisoner's account for the past six months (or such lesser period as the prisoner has been incarcerated), **or**

2. The **average balance** in the prisoner's account for the past six months (or such lesser period as the prisoner has been incarcerated).

The court's progress toward conversion to electronic filing will be significantly assisted by return of a one-page certification, rather than copies of the actual trust account statements. A form is attached which may be used to provide the information to the court; however, any other format is acceptable. The court gratefully acknowledges the cooperation of the financial records custodians of the state and local corrections facilities in implementing this change in procedure.

Please respond to this letter within 14 days. Failure to respond will be looked upon as a refusal under NECivR 3.3(b).

Sincerely,

By:   s/ Tiwauna Lawrence
Deputy Clerk

April 1, 2024  
Page 2  
PRISONER: Richard A. Griswold 68171  
CASE NO.: 8:24cv116

# CERTIFICATE

(To be completed by the appropriate official at the institution of incarceration.)

I certify that during the past _____ months (insert **six or** such lesser number of months as the prisoner has been incarcerated),

the greater of–

(A) the average deposits to the prisoner's inmate trust account; or

(B) the average balance in the prisoner's inmate trust account for the above-named prisoner is $_____.

DATE: _____.

SIGNATURE OF AUTHORIZED OFFICER:

_____.

(seal)